UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD DAWKINS,

                Plaintiff,

– against –

COPELAND, Correctional Officer; M. HOLINESS, Grievance Coordinator; RICE, Civilian; SCULLY, Cashier Officer; S. CANADY, Grievance Coordinator; EXECUTIVE DIRECTOR OF PROGRAMS; DEPUTY WARDEN FOR PROGRAMS; DR. KATZA, Medical Director; CAROLYN SAUNDERS, Warden of North Infirmary Command; K. TILLEY, Captain; LOUNETT DAWKINS, Captain; M.D. LILIAN LWIN, Surgery; M.D. LUEDERS MENO, Surgery; M.D. SOULA PRIOVOLOS, Visiting Attended; M.D. RONALD SIMON; and M.D. IXEL CERVERA, Supervisor Resident,

                Defendants.

**ORDER**

17 Civ. 9926 (ER)

Ramos, D.J.:

    The Court is in receipt of Dawkins' letters of October 11, 2019, Doc. 95, and November 5, 2019, Doc. 96. In those letters, Dawkins, incarcerated and *pro se*, asks for an extension of time to respond to the defendants' motions to stay discovery, Doc. 92, and to dismiss the amended complaint, Doc. 80. He asks for the extension because of difficulties in accessing the law library at the facility in which he is imprisoned.

    The original deadline to respond to the defendants' motion to dismiss was in July 2019. Doc. 80. The deadline has been extended twice, most recently to November 1. Docs. 88, 94. In total, Dawkins has had over five months to respond to the motion.

    In light of the difficulties cited in his most recent letter, the Court will extend the deadline to respond to both the motion to stay and the motion to dismiss to January 3,

2020.  No further extensions will be given.  Dawkins is directed to file his responses to both motions by that time.  If he does not, the Court shall consider the defendants' motions as unopposed.  Dawkins is warned that failure to abide by this order could result in the dismissal of his action.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Dawkins.

It is SO ORDERED.

Dated:    December 3, 2019
            New York, New York

                                                                  Edgardo Ramos, U.S.D.J.