UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD DAWKINS,

                Plaintiff,

      – *against* –

COPELAND, *Correctional Officer*; M. HOLINESS, *Grievance Coordinator*; RICE, *Civilian*; SCULLY, *Cashier Officer*; S. CANADY, *Grievance Coordinator*; EXECUTIVE DIRECTOR OF PROGRAMS; DEPUTY WARDEN FOR PROGRAMS; DR. KATZA, *Medical Director*; CAROLYN SAUNDERS, *Warden of North Infirmary Command*; K. TILLEY, *Captain*; LOUNETT DAWKINS, *Captain*; M.D. LILIAN LWIN, *Surgery*; M.D. LUEDERS MENO, *Surgery*; M.D. SOULA PRIOVOLOS, *Visiting Attended*; M.D. RONALD SIMON; *and* M.D. IXEL CERVERA, *Supervisor Resident*,

                Defendants.

**ORDER**

17 Civ. 9926 (ER)

RAMOS, D.J.:

      The Court is in receipt of Dawkins' letter of December 26, 2019, Doc. 99. His opposition to the defendants' motion to dismiss, Doc. 80, and motion to stay discovery, Doc. 92, is now due on February 3, 2020. Dawkins may submit his opposition with the completed two-thirds typed and the remainder neatly handwritten.

      The Clerk of Court is respectfully directed to mail this order to Dawkins.

It is SO ORDERED.

Dated:   January 14, 2020
            New York, New York

                                        EDGARDO RAMOS, U.S.D.J.