UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD DAWKINS,

              Plaintiff,

– *against* –

COPELAND, *Correctional Officer*; M. HOLINESS, *Grievance Coordinator*; RICE, *Civilian*; SCULLY, *Cashier Officer*; S. CANADY, *Grievance Coordinator*; EXECUTIVE DIRECTOR OF PROGRAMS; DEPUTY WARDEN FOR PROGRAMS; DR. KATZA, *Medical Director*; CAROLYN SAUNDERS, *Warden of North Infirmary Command*; K. TILLEY, *Captain*; LOUNETT DAWKINS, *Captain*; M.D. LILIAN LWIN, *Surgery*; M.D. LUEDERS MENO, *Surgery*; M.D. SOULA PRIOVOLOS, *Visiting Attended*; M.D. RONALD SIMON; *and* M.D. IXEL CERVERA, *Supervisor Resident*,

              Defendants.

**ORDER**

17 Civ. 9926 (ER)

RAMOS, D.J.:

    The Court is in receipt of Dawkins' letter of February 29, 2020, Doc. 108. In it, he requests leave to file a surreply in response to defendants' reply in support of defendants' motion to dismiss. That request is DENIED. This motion has been pending since June 2019, and Dawkins' letter has not identified any new arguments presented by defendants in their reply that would provide good cause for this Court to grant him leave to respond.

    The Clerk of Court is respectfully directed to mail this order to Dawkins.

It is SO ORDERED.

Dated:   March 11, 2020
           New York, New York

                                          EDGARDO RAMOS, U.S.D.J.