UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD C. DAWKINS,

                Plaintiff,

– against –

TANOYA COPELAND, *Correctional Officer*, and DEPUTY WARDEN GRACIE OF NORTH INFIRMARY COMMAND, *Executive Supervisor Operations*,

                Defendants.

**ORDER**

17 Civ. 9926 (ER)

RAMOS, D.J.:

    On July 22, 2020, the Court directed service of the Second Amended Complaint, Doc. 116, on Grace. Doc. 125 at 7. It requested that Grace waive service, and it directed the New York City Law Department to inform the Court of whether Grace had been notified of the Complaint by August 5, 2020.

    In a letter dated August 11, 2020, Dawkins asked the Court for a 60-day stay of discovery given the expense required for him to reproduce and send certain documents to the Law Department. Doc. 128. That request is DENIED as moot. As the Court indicated in its July 22 order, discovery is stayed in this case until *pro bono* counsel is appointed. Dawkins need not produce any documents until then.

    Furthermore, the Law Department has yet to inform the Court of whether Grace has been identified and notified of the Second Amended Complaint. It is directed to file a letter informing the Court of its efforts in this regard by August 28, 2020.

It is SO ORDERED.

Dated:   August 25, 2020
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.

Copies Mailed/Faxed
Chambers of Edgardo Ramos