UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD C. DAWKINS,

                Plaintiff,

– against –

COPELAND, *et al.*,

                Defendants.

**ORDER**

17 Civ. 9926 (ER)

Ramos, D.J.:

    On November 2, 2020, counsel for Copeland filed a status update regarding the City's efforts to identify defendant Grace or Gracie. Doc. 140. There has been no further activity in this case since then. Defendant is therefore instructed to file a status update by no later than April 12, 2021.

    It is SO ORDERED.

Dated:    April 5, 2021
           New York, New York

                                                        Edgardo Ramos, U.S.D.J.