UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

EDWARD DAWKINS,

**ORDER**

*Plaintiffs*,

No. 17 CV 9926 (ER)

-against-

TANOYA COPELAND,

*Defendant*.

------------------------------------------------------------------------- x

**WHEREAS**, Edward Dawkins (DIN 17A1944), Plaintiff in the above-captioned action, is presently in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS") and is housed at Green Haven Correctional Facility, 594 Route 216, Stormville, NY 12582-0010;

**WHEREAS**, Defendant has sought leave to depose Plaintiff pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure;

**IT IS HEREBY ORDERED** that Defendant's application for leave to take the deposition of Plaintiff, by remote means, on or before February 7, 2023, at a date and time that is mutually agreeable to the parties' counsel, is GRANTED; and

**IT IS FURTHER ORDERED** that the Superintendent or other official in charge of Green Haven Correctional Facility or of whichever DOCCS facility in which Plaintiff is housed at the date and time agreed upon as set forth above, shall produce Plaintiff to a place designated by the Superintendent or other official for participation in said remote deposition at the date and time agreed upon as set forth above, and for so long thereafter, from day to day, as the deposition may continue, for a total of up to seven hours.

-2-

It is **SO ORDERED.**

Dated:     January 24_____, 2023
           New York, New York

_____
EDGARDO RAMOS
United States District Judge