

**THE CITY OF NEW YORK**

HON. SYLVIA O. HINDS-RADIX  
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET  
NEW YORK, NY 10007

DAVID S. THAYER  
*Assistant Corporation Counsel*  
t: (212) 356-2649  
f: (212) 356-1148  
e: dthayer@law.nyc.gov

November 9, 2023

**MEMO ENDORSED**

> The 28-day extension of the time by which the parties must file their settlement paperwork, until December 7, 2023, is granted.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 11/13/2023
> New York, New York

*Via ECF*

The Honorable Edgardo Ramos  
United States District Court for the  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: <u>Dawkins v. Copeland</u>, No. 17 CV 9926 (ER)

Dear Judge Ramos:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendant in the above-referenced action. Jointly with Plaintiff's counsel, I write to respectfully request a 28-day extension of the time by which the parties must file their settlement paperwork. The parties' counsel have exchanged drafts of the settlement agreement, and several logistical issues, in part due to Plaintiff's incarcerated status, remain for the parties to investigate and discuss. The requested extension will permit the parties additional time to do so.

    This is the parties' second request for an extension of their time to file their settlement papers with the Court, the first having been granted on September 21, 2023. (ECF No. 201.) The requested extension would move the parties' deadline from November 9, 2023, to December 7, 2023. As noted above, this application is made jointly with Plaintiff's counsel.

I thank the Court for its consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: ***Via ECF***
All counsel of record