

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

# MEMO ENDORSED

<u>**VIA ECF**</u>

December 6, 2023

Hon. Edgardo Ramos
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Dawkins v. Copeland*, 17 Civ. 9926 (ER) (S.D.N.Y.)

Dear Judge Ramos:

We write jointly on behalf of Plaintiff Edward C. Dawkins and Defendant Tanoya Copeland to update the Court on the status of settlement discussions. The parties held conferences on November 6, 2023 and December 6, 2023 to discuss the terms of a settlement of this matter and are close to finalizing a stipulation of settlement. The parties respectfully request the Court adjourn the December 7 deadline to submit a stipulation of settlement and permit the parties to have until December 21, 2023 to submit the final stipulation or provide a further status update. This is the parties' third request to adjourn this deadline.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Philip A. Fortino*
Philip A. Fortino
Gabrielle McKenzie

*Counsel for Plaintiff Edward C. Dawkins*

/s/ *David S. Thayer*
David S. Thayer

*Counsel for Defendant Tanoya Copeland*

---

The parties' request for an extension until December 21, 2023, is granted.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 12/7/2023
New York, New York

www.debevoise.com