

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**MEMO ENDORSED**

> The parties' request for an extension of time for the proposed stipulation order to be filed, until February 23, 2024, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 1/26/24
> New York, New York

**VIA ECF**

January 26, 2024

Hon. Edgardo Ramos
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Dawkins v. Copeland*, 17 Civ. 9926 (ER) (S.D.N.Y.)

Dear Judge Ramos:

We write jointly to provide a status update on the parties' settlement negotiations. Since our last status update on December 21, 2023, the parties have agreed to a settlement amount, and since then, have agreed on the terms of the final stipulation. Accordingly, the parties do not require the Court's assistance at this time. However, the stipulation has not yet been executed due to logistical complications of obtaining our client's signature while he is incarcerated. As a result, the parties are unable to submit the proposed stipulated order by today's deadline. The stipulation and release have been sent to Mr. Dawkins, and we anticipate that the parties will be able to finalize the terms of the settlement within the next several weeks. Thus, the parties request that the Court grant an extension of time for the stipulation to be submitted until February 23, 2024.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Philip A. Fortino*
Philip A. Fortino

*Counsel for Plaintiff*

/s/ *David S. Thayer*
David S. Thayer

*Counsel for Defendant*

1